# EXHIBIT A

**Defendant:** New HoldCo
**Creditor ID:** NH009
**Bankruptcy Case:** *In re Franchise Group, Inc., et al., Case No. 24-12480 (LSS) (Bankr. D. Del.)*
**Preference Period:** August 5, 2024 - November 3, 2024

| Debtor | Customer Check/Pmt# | Amount of Invoice Paid | Payment Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|
| New HoldCo | | $300,000.00 | 8/23/2024 | 11709 | 8/20/2024 | $300,000.00 |
| | | $153,400.30 | 9/17/2024 | 11925 | 9/16/2024 | $153,400.30 |
| | | $153,855.45 | 10/16/2024 | 12199 | 10/15/2024 | $153,855.45 |
| **Total Transfers** | **3** | **$607,255.75** | | | | **$607,255.75** |